UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MACROMEX Srl,

             Petitioner,         08 CIV 0114

   -against-                **AFFIDAVIT OF SERVICE**

GLOBEX INTERNATIONAL INC.,

             Respondent.
------------------------------------X

STATE OF NEW YORK   )
                         : SS.:
COUNTY OF NEW YORK )

        KEVIN I. BROWN, being duly sworn, deposes and says:

1.    I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Petitioner, Macromex Srl. I am not a party to this action, am over 21 years of age and reside in Brooklyn, New York.

2.    On January 7, 2008, I served a copy of the Petition to Confirm Arbitration Award on the following:

        DLA Piper US LLP
        1251 Avenue of the Americas
        New York, New York 10020

by delivering to and leaving personally with Sarah Sterken, Esq. a true copy thereof.

Description:    Age:    30-35
                          Sex:    Female
                          Race:  Caucasian
                          Hair:   Brunette
                          Height: 5'10"
                          Weight: 120 lbs.

                                              KEVIN I. BROWN

Sworn to before me this
7th day of January 2008.

_____
Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20_10_