UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACROMEX SRL,<br><br>                    Plaintiff,<br><br>v.<br><br>GLOBEX INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No. 08-cv-00113-SAS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that DLA Piper US LLP hereby enters its appearance on behalf of defendant Globex International, Inc. as counsel in this action.

Dated: New York, New York
       February 11, 2008

                                        Respectfully submitted,

                                        DLA PIPER US LLP

                                        _____
                                        Stanley McDermott III
                                        Sarah J. Sterken
                                        1251 Avenue of the Americas
                                        New York, NY 10020-1104
                                        T (212) 335-4500
                                        F (212) 884-8595
                                        stanley.mcdermott@dlapiper.com
                                        sarah.sterken@dlapiper.com
                                        *Attorneys for Globex International, Inc.*

8197805