

**DLA PIPER**

DLA Piper US LLP
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Sarah J. Sterken
sarah.sterken@dlapiper.com
T  212.335.4695
F  212.884.8595

February 11, 2008
*VIA FACSIMILE*

Hon. Shira A. Scheindlin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007



RECEIVED
CHAMBERS OF
FEB 11 2008
JUDGE SCHEINDLIN

Re:  **Macromex Srl v. Globex International, Inc.**
     **08-CV-00114-SAS**

Dear Judge Scheindlin

We are counsel to Globex International, Inc. ("Globex") in the above-captioned action and write with permission of counsel to Macromex Srl ("Macromex"), James F. Sweeney, III.

The parties have agreed to the following briefing schedule for Globex's petition to vacate Macromex's arbitration award: Globex's petition is due on February 12, 2008; Macromex's opposition is due on March 7, 2008; and Globex's reply is due on March 17, 2008.

The parties respectfully request that Your Honor postpone the pretrial conference (currently scheduled for February 20, 2008 at 4:30 p.m.) until after the parties have completed briefing Globex's motion to vacate.

Respectfully submitted,

Sarah J. Sterken

SJS/as

cc:  James F. Sweeney, III, Esq (via email)

8195758

*[Handwritten note:]* The conference scheduled for February 20, 2008 is adjourned sine die. The conference will be rescheduled, if necessary, after the motion is decided. So Ordered: [signature] 2/11/08