## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                              : SS.:
COUNTY OF NEW YORK   )

SALLY SUNSHINE, being duly sworn, deposes and says:

1. I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Petitioner Macromex Srl. I am not a party to this action, am over 21 years of age and reside in New York, New York.

2. On February 21, 2008, I served a copy of **Macromex Srl's Memorandum of Law In Opposition to Globex International Inc's Cross-Petition to Vacate** upon the following:

> Stanley McDermott, Esq.
> Sarah Sterken, Esq.
> DLA Piper US LLP
> 1251 Avenues of the Americas
> New York, New York 10020

by delivering to and leaving personally with a clerk in the mailroom of DLA Piper US LLP, a true copy thereof.

SALLY SUNSHINE

Sworn to before me this
22nd day of February, 2008.

Notary Public

MARY ANN RAARUP
Notary Public, State of New York
No. 01RA4874099
Qualified in Suffolk County
Certificate filed in New York County
Commission Expires Oct. 20, 20_10_