UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACROMEX SRL,

                          Plaintiff,

v.

GLOBEX INTERNATIONAL, INC.,

                          Defendant.

Case No. 08-cv-00114-SAS

NOTICE OF MOTION
TO WITHDRAW

PLEASE TAKE NOTICE that pursuant to this Court's Local Civil Rule 1.4, upon the accompanying declaration of Sarah J. Sterken, dated April 16, 2008, and upon the papers filed in this action in support of the motion to withdraw, the undersigned will move this Court at a date and time to be determined by the Court for an order granting the withdrawal of Sarah J. Sterken as counsel for defendant Globex International, Inc. in this action.

Dated: New York, New York
       April 16, 2008

DLA PIPER US LLP

By: _____
Stanley McDermott III
1251 Avenue of the Americas
New York, New York 10020
T (212) 335-4500
F (212) 335-4501
stanley.mcdermott@dlapiper.com

8221916