UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACROMEX SRL,

           Plaintiff,

v.

GLOBEX INTERNATIONAL, INC.,

           Defendant.

Case No. 08-cv-00114-SAS

AFFIDAVIT IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

SARAH J. STERKEN, being duly sworn, upon her oath, deposes and says:

1. I am a member of the bar of the State of New York. I have appeared as counsel of record in the above-captioned matter. I submit this Declaration in support of a motion for an Order permitting me to withdraw as counsel for defendant Globex International, Inc.

2. I am no longer employed by DLA Piper US LLP. Stanley McDermott III of DLA Piper US LLP will continue as counsel for defendant Globex International, Inc.

Dated: New York, New York
April 18, 2008

                                                Sarah J. Sterken

Sworn to before me this
16th day of April, 2008

_____
Notary Public

LAMIA S. SAMPSON
Notary Public, State of New York
No. 01SA5058161
Qualified in Kings County
Commission Expires April 1, 20 10

8221917