```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MACROMEX SRL,

                    Plaintiff,

v.

GLOBEX INTERNATIONAL, INC.,

                    Defendant.

Case No. 08-cv-00114-SAS

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Upon the motion of counsel Stanley McDermott III, IT IS HEREBY ORDERED that Sarah J. Sterken is no longer counsel of record for defendant Globex International, Inc. in this action.

Dated: New York, New York
April 16, 2008

_____
United States District Judge

4/17/08

8221918