# U.S SPECIALTY INSURANCE COMPANY

Bond No. 1000789827

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICE OF NEW YORK

MACROMEX Srl,

           Petitioner,

  - against -

08 Civ.0114 (SAS)

UNDERTAKING FOR APPEAL

GLOBEX INTERNATIONAL INC.,

           Respondent.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/5/08]*

WHEREAS, the named GLOBEX INTERNATIONAL INC. desires to give undertaking for appeal as provided by Rule 62 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to MACROMEX Srl under said statutory obligation in the sum of NINE HUNDRED NINETY-THREE THOUSAND THREE HUNDRED THIRTY-NINE DOLLARS AND THIRTY-NINE CENTS, ($993,339.39).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this 2nd day of May, 2008.

*5/2/08*
*Approved As To Form*
*J. Michael McMahon*
*Clerk*

U.S. SPECIALTY INSURANCE COMPANY

By _____
David J. Smith, Attorney-in-Fact

U.S. Specialty Insurance Company
9841 Airport Blvd.
Los Angeles, CA 90045
310-242-0990

## ACKNOWLEDGMENT OF SURETY

STATE OF NEW YORK }
COUNTY OF _New York_ } SS:

On the _2nd_ day of _May_ in year _2008_ before me personally came _David J. Smette_ to me known, who being by me duly sworn, did depose and say that he/she resides at _New York, NY_ that he/she is the Attorney-in-Fact of _U.S. Specialty Insurance Company_, the corporation described in and which executed the above instrument; that he/she knows the corporate seal of said corporation, that the seal affixed to such instrument is such corporate seal: that it was so affixed by order of the Board of Directors of said corporation, and, that he/she signed his/her name thereto by like order; and that said corporation is duly authorized to transact business in the State of New York in pursuance of the statutes of such case made and provided, that the Superintendent of insurance of the State of New York, has, pursuant to Chapter 28 of the Consolidated Laws of the State of New York, known as the Insurance Law, issued to

_U.S. Specialty Insurance Company_

a Certificate of Solvency and qualification to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law and that such certificate has not been evoked.

_[signature]_
Notary Public

KAREN McMULLIN
Notary Public, State of New York
No. 01MC6034578
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 2011

# POWER OF ATTORNEY
(To be used with bonds issued on behalf of U.S. SPECIALTY INSURANCE COMPANY)

*Know All Men by These Presents* That, U.S. SPECIALTY INSURANCE COMPANY (the "Company"), a corporation duly organized and existing under the laws of the State of Texas, and having its principal office in Houston, Harris County, Texas, does by these presents make, constitute and appoint

David J. Smith of New York, New York

its true and lawful Attorney(s)-in-fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety,** providing the bond penalty does not exceed ****************One Million****************** Dollars ($ ****1,000,000.00**** ) and to bind the Company thereby as fully and to the same extent as if such bonds were signed by the President, sealed with the corporate seal of the Company and duly attested by its Secretary, hereby ratifying and confirming all that the said Attorney-in-Fact may do in the premises. Said appointment is made under and by authority of the following resolutions of the Board of Directors of the U.S. Specialty Insurance Company:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and of behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached. (Adopted by unanimous written consent in lieu of meeting on July 7, 2003.)

*In Witness Whereof,* U.S. SPECIALTY INSURANCE COMPANY has caused these presents to be signed by its Vice President, and its corporate seal to be hereto affixed this 4th day of October, 2007.

Corporate Seal

U.S. SPECIALTY INSURANCE COMPANY
By

Leon B. Back, Jr., Vice President

State of California
County of Los Angeles   ss:

On this 4th day of October, 2007 before me personally came Leon B. Back, Jr., to me known, who, being by me duly sworn, did depose and say, that he resides in Los Angeles, California, that he is Vice President of U.S. SPECIALTY INSURANCE COMPANY, the company described in and which executed the above instrument; that he knows the seal of said Company; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of the Company; and that he signed his name thereto by like order.

Notary Seal



Rochelle A. Hill, Notary Public
My commission expires 1-3-10

I, Jeannie Kim, Assistant Secretary of U.S. SPECIALTY INSURANCE COMPANY, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Company, which is still in full force and effect; furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Company at Los Angeles, California this 2nd day of May, 2008.

Corporate Seal

Jeannie Kim, Assistant Secretary

Bond No. 1000784827
Agency No. #11523

POA112A10/04

**U.S. SPECIALTY INSURANCE COMPANY**
**STATUTORY STATEMENT OF ADMITTED ASSETS,**
**LIABILITIES, CAPITAL AND SURPLUS (1)**
December 31, 2006

| Admitted Assets | | Liabilities and Capital and Surplus | |
|---|---:|---|---:|
| **Investments:** | | **Liabilities:** | |
| Fixed Maturities, at amortized cost | 582,005,841 | Unpaid loss and loss adjustment expense | 211,084,726 |
| Preferred Stocks, at fair value | 6,046,472 | Contingent commissions payable | 53,513 |
| Common Stocks, at fair value | 8,219,798 | Accrued expenses | 2,008,414 |
| Other invested assets | 8,788,565 | Taxes, licenses, and fees | 8,774,126 |
| Cash and short term investments | 25,520,250 | Federal and foreign income taxes payable | 7,406,003 |
| Total cash and invested assets: | 629,580,916 | Unearned premiums | 177,304,058 |
| | | Dividends declared and unpaid to stockholders | 22,000,000 |
| | | Ceded reinsurance balance payable | 50,453,786 |
| | | Funds held under reinsurance treaties | 3,705,355 |
| | | Provision for reinsurance | 6,526,590 |
| Accrued interest income | 6,492,550 | Payable to parent, subsidiaries and affiliates | 544,780 |
| Premium receivable | 96,646,715 | Deferred ceding commissions | 267,599 |
| Recoverable from reinsurers | 29,747,866 | Total liabilities | 586,128,952 |
| Net deferred tax asset | 16,102,784 | | |
| Guaranty funds receivable | 93,074 | **Capital and Surplus:** | |
| Furniture and equipment | 136,060 | Capital Stock | 4,000,000 |
| Receivable from parent, subsidiaries and affiliates | 2,008,278 | Additional paid-in and contributed capital | 111,932,036 |
| Claim payments receivable on administered business | 5,842,219 | Unassigned surplus | 82,589,474 |
| | 157,069,546 | | 198,521,510 |
| Total admitted assets | 786,650,462 | Total liabilities and capital and surplus | 786,650,462 |

(1) - In accordance with the statutory financial statements as filed on March 1, 2007.

I, Stephen P. MacDonough, Chief Financial Officer of U.S. Specialty Insurance Company, hereby certify that to the best of my knowledge and belief, the foregoing is a full and true Statutory Statement of Admitted Assets, Liabilities and Capital and Surplus of the Company as of December 31, 2006, prepared in conformity with accounting practices prescribed or permitted by the Texas Department of Insurance. The foregoing statement should not be taken as a complete statement of financial condition of the Company. Such a statement is available upon written request at the Company's home office located at 13403 Northwest Freeway, Houston, Texas 77040.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation at Houston, Texas.

*Stephen P. MacDonough*
Stephen P. MacDonough
Chief Financial Officer

<u>CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW</u>

STATE OF NEW YORK

INSURANCE DEPARTMENT

It is hereby certified that

**U.S. SPECIALTY INSURANCE COMPANY**

of **Houston, Texas**

a corporation organized under the laws of the State of Texas, and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $277,063,723. (Capital $4,000,000) as shown by its sworn financial statement for the year ended December 31, 2007 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 4th day of April, 2008.

Eric R. Dinallo
Superintendent of Insurance

By *Clark J. Williams*

Clark J. Williams
Special Deputy Superintendent

http://www.ins.state.ny.us

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MACROMEX SRL,<br><br>                    Plaintiff,<br><br>v.<br><br>GLOBEX INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No. 08-cv-00114-SAS |

### CERTIFICATE OF SERVICE

The undersigned counsel of record for respondent Globex International, Inc. certifies that a copy of this Undertaking for Appeal has been served by e-mail and regular U.S. mail on counsel for petitioner Macromex Srl.

> James F. Sweeney III
> Nicoletti Hornig Campise & Sweeney
> Wall Street Plaza
> 88 Pine Street, 7th Floor
> New York, New York 10005

Dated: New York, New York
       May 2, 2008

*[signature]*

Stanley McDermott III
DLA Piper US LLP
1251 Avenue of the Americas
New York, New York 10020
T (212) 335-4695
F (212) 884-8595
stanley.mcdermott@dlapiper.com

*Counsel to Globex International, Inc.*

8236744